1  Jason G. Gong (SBN 181298)
   LAW OFFICE OF JASON G. GONG
2  A Professional Corporation
   2121 N. California Blvd., Suite 290
3  Walnut Creek, CA  94596
   Telephone:  (925) 735-3800
4  Facsimile: (925) 735-3801
   Email: jgong@gonglawfirm.com
5
   Attorney for Plaintiff
6  JOHN RODGERS, an individual

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOHN RODGERS, an individual, | ) | Case No. 3:12-cv-03676-JSC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **OF ACTION** |
| | ) | |
| S.B. RESTAURANT COMPANY, dba | ) | |
| ELEPHANT BAR RESTAURANT, 1225 | ) | |
| WILLOW PASS LLC, and DOES 1 through | ) | Complaint Filed:  July 13, 2012 |
| 20, inclusive, | ) | Trial Date:  None |
| | ) | |
| Defendants. | ) | |
| | ) | |

18     Plaintiff JOHN RODGERS ("Plaintiff") and Defendants S.B. RESTAURANT

19 COMPANY, dba ELEPHANT BAR RESTAURANT, and 1225 WILLOW PASS LLC

20 ("Defendants") have reached a complete settlement of the above-captioned matter and have

21 formalized the settlement in a Mutual Settlement and Release Agreement ("Settlement

22 Agreement").

23     Pursuant to the terms of the Settlement Agreement, Plaintiff and Defendants, through

24 their respective counsel of record, hereby stipulate to the dismissal of this action in its entirety

25 with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

26 Accordingly,

27     **IT IS HEREBY STIPULATED** by and between the parties through their respective

28 counsel of record that the above-entitled action is hereby dismissed with prejudice.  *See* Fed. R.

---

*Rodgers v. S.B. Restaurant Company, et al.*, Case No. 3:12-cv-03676-JSC
Stipulation for Dismissal of Action

1 | Civ. P. 41(a)(1)(A)(ii).

2 | **IT IS HEREBY FURTHER STIPULATED** by and between the parties through their

3 | respective counsel of record that the parties shall bear their own costs and attorneys' fees.

4 | **IT IS HEREBY FURTHER STIPULATED** by and between the parties through their

5 | respective counsel of record and pursuant to the terms of the Settlement Agreement that the

6 | Court retains jurisdiction to enforce the terms of the Settlement Agreement. *See Kokkonen v.*

7 | *Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994) (empowering district courts to

8 | retain jurisdiction over enforcement of settlement agreements by stipulation of the parties).

9 | **IT IS SO STIPULATED.**

11 | Respectfully submitted,

12 | Dated: January 15, 2013        LAW OFFICE OF JASON G. GONG
                                    *A Professional Corporation*

14 |                                /s/ Jason G. Gong
                                By: _____
                                    Jason G. Gong
15 |                                Attorney for Plaintiff
                                    JOHN RODGERS, an individual

18 | Dated: January 15, 2013        KAISER, SWINDELLS & EILER

20 |                                /s/ James O. Eiler
                                By: _____
                                    James O. Eiler
21 |                                Attorney for Defendants S.B.
                                    RESTAURANT COMPANY, dba
22 |                                ELEPHANT BAR RESTAURANT; 1225
                                    LOW PASS LLC

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED /s/ Jacqueline S. Corley — Judge Jacqueline Scott Corley]

27 | Dated: January 16, 2013

___

*Rodgers v. S.B. Restaurant Company, et al.*, Case No. 3:12-cv-03676-JSC
Stipulation for Dismissal of Action

2